1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
8                          AT SEATTLE

9

10  UNITED STATES OF AMERICA,  )
                               )
11             Plaintiff,       )      CASE NO.    06-92M
                               )
12         v.                   )
                               )
13                             )      DETENTION ORDER
    MYRON COSMO CURRY,          )
14                             )
               Defendant.       )
15  _____)

16  Offense charged:

17         Count 1: Conspiracy to Distribute Oxycodone;

18         Count 2: Carrying a Firearm During and in Relation to a Drug Trafficking Crime.

19  Date of Detention Hearing: March 8, 2006

20         The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. §

21  3142(f), and based upon the factual findings and statement of reasons for detention hereafter

22  set forth, finds that no condition or combination of conditions which the defendant can meet

23  will reasonably assure the appearance of the defendant as required and the safety of any

24  other person and the community.  The Government was represented by Vince Lombardi.

25  The defendant was represented by Robert Leen.

26

DETENTION ORDER
PAGE -1-

1    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

2    (1)    There is probable cause to believe the defendant committed the drug

3           offense.  There is therefore a rebuttable presumption against the

4           defendant's release based upon both dangerousness and flight risk, under

5           Title 18 U.S.C. § 3142(e).

6    (2)    Defendant poses a risk of danger due to the nature of the instant offense,

7           inasmuch as he was arrested in possession of a semiautomatic weapon.

8           This fact, alone, placed him  in violation of state release conditions on

9           pending King County Superior Court charges.  Accordingly, presumption

10          against release has  not been overcome.

11

12   **It is therefore ORDERED**:

13   (l)    The defendant shall be detained pending trial and committed to the

14          custody of the Attorney General for confinement in a correction facility

15          separate, to the extent practicable, from persons awaiting or serving

16          sentences or being held in custody pending appeal;

17   (2)    The defendant shall be afforded reasonable opportunity for private

18          consultation with counsel;

19   (3)    On order of a court of the United States or on request of an attorney for

20          the Government, the person in charge of the corrections facility in which

21          the defendant is confined shall deliver the defendant to a United States

22          Marshal for the purpose of an appearance in connection with a court

23          proceeding; and

24   //

25   //

26   //

DETENTION ORDER
PAGE -2-

1    (4)    The clerk shall direct copies of this order to counsel for the United

2           States, to counsel for the defendant, to the United States Marshal, and to

3           the United States Pretrial Services Officer.

4    DATED this 13th day of March, 2006.

5

6                                                MONICA J. BENTON
                                                 United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-